UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEX MOTEVOSIAN,

Plaintiff,

Case Number 26-cv-10205
Honorable Linda V. Parker

v.

DAVID RAMINICK

Defendant.
______________________________/

**OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

On January 30, 2026, Plaintiff filed a Motion for Status Quo Order and/or Preliminary Injunction. (ECF No. 5). Defendant filed a Response on February 23, 2026 (ECF No. 11). Thereafter Plaintiff filed a Reply Brief on March 10, 2026.

The Parties attempted mediation in this matter but were unsuccessful. On September 15, 2026, the Court held a Motion Hearing.

For the reasons stated on the record, the Court **DENIED** Plaintiff's Motion for Status Quo Order and **GRANTED** Plaintiff's Motion for Preliminary Injunction. The Court stated that the Preliminary Injunction would be effective in 21 days from the date of the Hearing or October 6, 2026.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 24, 2026